**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| ZIRK ENGELBRECHT, an individual, and LUSTROS, INC., a Utah corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS FOX, an individual, AMERICAN PREGISTRAT AND TRANSFER CO., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  EDCV12-1150 VAP (DTBx)<br><br>[PROPOSED] ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE<br><br>Judge:   Virginia A. Phillips<br><br>Complaint Filed: July 11, 2012<br>Trial Date:        Not Set |

FOR GOOD CAUSE SHOWN:

Plaintiffs' Complaint and First Amended Complaint and all causes of action therein shall be dismissed with prejudice. Each Party shall bear its own attorney's fees and costs.

It is so ordered:

Dated: September 21, 2012

By: *Virginia A. Phillips*
Judge of the U.S. District Court